# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JAMES McDONALD  
ADC #87466                                                                                              PLAINTIFF

V.                                            4:06CV00503 JMM

WILLIAM MAX ELROD *et al.*                                                              DEFENDANTS

## **ORDER**

Plaintiff has submitted this 42 U.S.C. §1983 case for filing in this district. However, from the facts alleged and the Defendants named, it appears that venue properly lies in the Western District of Arkansas. 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).[1]

IT IS THEREFORE ORDERED THAT the Clerk is directed to transmit a copy of this order and the original file of this Court to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this __28th___ day of April, 2006.

_____  
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.